James B. Wright, Esq.
Laurence Keyes, Esq.
James B. Wright & Assoc., P.C.
500 L Street, Suite 301
Anchorage, Alaska 99501
(907) 277-6175
(907) 277-6181
jimw@wrightlaw.org
lpk@wrightlaw.org

Attorneys for Defendants, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS FRANCISCO, Individually and as Personal Representative of the Estate of CARLOTTA FRANCISCO and next friend and parent of JULIE BODEAU, APRIL SUDOL, and REBECCA FRANCISCO,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL RENTAL LEASING, CAPITAL RENTAL LEASING K & B, Inc., d/b/a RENT-A-WRECK, CAPITAL RENTAL LEASING d/b/a RENT-A WRECK, B&K Ventures, LLC, CRAIG M. CHITTY and KONNIE R. CHITTY.<br><br>Defendants. | Case No._____<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL** |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Notice of Removal
*Francisco et al. v. Capital Rental Leasing, et al.*, Case No. _____
Page 1 of 5

This notice of defendants, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty, respectfully shows:

1. That on the 6th day of May, 2009, an action was commenced in the Superior Court for the State of Alaska, First Judicial District at Juneau, entitled *Nicholas Francisco et al. v. Capital Rental Leasing, et al.,* Case No. 1JU-09-598 Civil. Plaintiffs are seeking damages in an amount greater than $100,000.

2. That this Notice of Removal is being filed pursuant to Title 28, United States Code § 1446(a) and (b) within one (1) year after commencement of the action and within thirty (30) days of receipt by defendants, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty, of the Summons and Complaint.

3. Copies of the pleading served upon defendants, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty, in the file of the Superior Court for the State of Alaska, First Judicial District at Juneau concerning this action are attached hereto in accordance with Title 28, United States Code § 1446(a):

Exhibit 1    Complaint dated May 6, 2009

*See* Exhibit 1, attached.

4. This court has original jurisdiction of this action pursuant to Title 28, U.S.C. Section 1332(a), and this action may be removed to United States District Court pursuant to Title 28, U.S.C. Section 1441 and Section 1446(b), in that

Notice of Removal
*Francisco et al. v. Capital Rental Leasing, et al.,* Case No. _____
Page 2 of 5

it is a civil action, the sum in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity exists between all defendants and all plaintiffs in this lawsuit.

On information and belief, decedent, Carlotta Francisco, was a citizen of Washington and her decedent's estate would be administered in Washington. As alleged in the Complaint, at the time this action was commenced, plaintiff, Nicholas Francisco, was a citizen of Colorado, plaintiff, Julie Bodeau, was a citizen of Washington, plaintiff, April Sudol, was a citizen of Nevada, and plaintiff, Rebecca Francisco, was a citizen of Washington.

On information and belief, defendant, B&K Ventures, LLC was, and is, an Alaskan limited liability corporation with its principal place of business in Juneau, Alaska.

At the time this action was commenced, defendant, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, was, and is, an Alaskan corporation with its principal place of business in Juneau, Alaska and defendants, Craig M. Chitty and Konnie R. Chitty, were, and are, citizens and residents of Alaska.

5. Defendants, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty and Konnie R. Chitty, will pay all costs and disbursements incurred by reason of removal proceedings hereby brought should it be determined that this case is not removable or is improperly removed.

Notice of Removal
*Francisco et al. v. Capital Rental Leasing, et al.*, Case No. _____
Page 3 of 5

WHEREFORE defendants, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty and Konnie R. Chitty, give notice that this action formerly pending in the Superior Court for the State of Alaska, First Judicial District at Juneau is hereby removed to this court.

Respectfully submitted this 11th day of June, 2009.

JAMES B. WRIGHT & ASSOCIATES, P.C.
Attorneys for Defendant, Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty

By: *(signed)*
Laurence Keyes
ABA No.: 8206039
James B. Wright & Assoc., P.C.
500 L Street, Suite 301
Anchorage, Alaska 99501
(907) 277-6175
(907) 277-6181
lpk@wrightlaw.org

## **VERIFICATION**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Laurence Keyes, being first duly sworn, deposes and states that he is one of the attorneys for Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty, defendants above-named; that he knows the contents of this notice of removal and that the same are true and accurate to the best

of his knowledge and belief; and that he voluntarily executed the foregoing Notice of Removal on behalf of Capital Rental Leasing K & B, Inc., d/b/a Rent-A-Wreck, Craig M. Chitty, and Konnie R. Chitty.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Laurence Keyes

SUBSCRIBED AND SWORN TO before me this 11th day of June, 2009.



_____
Notary Public in and for Alaska
My commission expires: 9-1-09

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11th, 2009, a copy of the foregoing Notice of Removal was served electronically on plaintiffs through their counsel of record, Paul L. Dillon, paul@dillonfindley.com, and on B&K Ventures, LLC through its counsel of Cheryl L. Graves, cgraves@farleygraves.com.

_____
s/Laurence Keyes

Notice of Removal
*Francisco et al. v. Capital Rental Leasing, et al.*, Case No. _____
Page 5 of 5