IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FIRST JUDICIAL DISTRICT AT JUNEAU

NICHOLAS FRANCISCO, Individually and as )
Personal Representative of the Estate of )
CARLOTTA FRANCISCO and next friend and )
parent of JULIE BODEAU, APRIL SUDOL, and )
REBECCA FRANCISCO, )
          Plaintiffs, )
)
vs. )
) Case No. 1JU-09-598 CI
CAPITAL RENTAL LEASING, )
CAPITAL RENTAL LEASING K&B, INC. )
d/b/a RENT-A-WRECK, CAPITAL RENTAL )
LEASING d/b/a RENT-A-WRECK, )
RENT-A-WRECK, B&K VENTURES, LLC, )
CRAIG M. CHITTY and KONNIE R. CHITTY )
          Defendants. )

COPY
Original Received

MAY 06 2009

Clerk of the Trial Courts
By _____ Deputy

## COMPLAINT

COME plaintiffs, through counsel, the law firm of Dillon & Findley, P.C., and for their respective causes of action, allege as follows:

1. Plaintiff, Nicholas Francisco, son of decedent Carlotta Francisco, is the personal representative of Carlotta Francisco's estate and brings this action on behalf of the estate pursuant to AS 09.55.570 and .580.

2. Plaintiff Nicholas Francisco also brings this action individually.

3. Plaintiffs Julie Bodeau, April Sudol and Rebecca Francisco are the adult children of Carlotta Francisco.

4. At all relevant times herein, plaintiffs were residents as follows:

    Nicholas Francisco    Littleton, Colorado
    Julie Bodeau    Spokane, Washington

COMPLAINT
*Estate of Carlotta Francisco v Capital Rental Leasing;* Case No.: 1JU-09-598 CI
4079.01/Complaint
Page 1 of 5

Exhibit 1
Page 1 of 5

Case 1:09-cv-00012-JWS   Document 1-2   Filed 06/12/09   Page 1 of 5

DILLON & FINDLEY
A PROFESSIONAL CORPORATION
350 N. Franklin Street
Juneau, Alaska 99801
TEL (907) 586-4000 · FAX (907) 586-3777

|  |  |
|---|---|
| April Sudol | Plano, Texas |
| Rebecca Francisco | Deming, Washington |

5. Upon information and belief, defendants Capital Rental Leasing, Capital Rental Leasing K&B, Inc. d/b/a Rent-a-Wreck, Capital Rental Leasing d/b/a Rent-a-Wreck, Rent-a-Wreck, B&K Ventures, LLC, Craig M. Chitty and Konnie R. Chitty are the owners of a car rental business establishment and real property located at 2450-C Industrial Blvd., Juneau, Alaska 99801, which is where the acts and or omissions alleged herein occurred.

6. Jurisdiction in this court is proper under AS 22.10.020.

7. Venue is proper under AS 22.10.030 and Alaska Civil Rule 3.

8. Plaintiffs are the children of Carlotta Francisco and are beneficiaries of the estate of Carlotta Francisco under the Alaska Wrongful Death Statute, AS 09.55.580.

9. Plaintiffs have independent common law claims for loss of consortium.

10. Plaintiff Julie Bodeau witnessed her mother, Carlotta Francisco's injury and subsequent pain and suffering.

11. The acts set forth herein by defendants, individually and/or collectively, caused injury, pain and suffering and the wrongful death of Carlotta Francisco, thereby entitling plaintiffs to recover, individually and on behalf of her estate, all such damages as may be awarded to her estate pursuant to AS 09.55.580 and at common law.

12. On May 8, 2007, Carlotta Francisco went to defendants' establishment with her daughter Julie Bodeau to rent a car.

13. While entering the premises, Carlotta Francisco fell due to the negligence of the defendants.

COMPLAINT
Estate of Carlotta Francisco v Capital Rental Leasing; Case No.: 1JU-09-€A9 CI
4079.01/Complaint

Page 2 of 5

Exhibit 1
Page 2 of 5

Case 1:09-cv-00012-JWS   Document 1-2   Filed 06/12/09   Page 2 of 5

14. Carlotta Francisco suffered a severe fracture of her left femur requiring surgery and hospitalization.

15. As a result of her injuries, Carlotta Francisco was in pain and permanently disabled.

16. Carlotta Francisco died due to complications arising out of her worsening condition following the accident and surgery.

## COUNT I - NEGLIGENCE

17. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

18. The aforesaid incident occurred as a result of, and was proximately caused by, the careless and negligent conduct of the defendants, which consisted of:

   a. Failing to fulfill their duty of care as property owners and lessees to see that access to their commercial property was safe;

   b. Failing to place and maintain an entryway mat in good and safe condition to insure that the plaintiff and others would not be caused to trip, slip and/or fall as a result of walking over the mat.

19. As a result of defendants' negligence, plaintiffs have suffered mental and emotional distress, loss of enjoyment of life, and other damages.

20. As a direct and proximate cause of defendants' negligence, plaintiffs suffered and will continue to suffer damages in excess of $100,000.00, the exact amount to be proven at trial.

## COUNT II - WRONGFUL DEATH

21. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

COMPLAINT
*Estate of Carlotta Francisco v Capital Rental Leasing*; Case No.: 1JU-09-59 CI
4079.01/Complaint

Page 3 of 5

**Exhibit 1**
**Page 3 of 5**

Case 1:09-cv-00012-JWS   Document 1-2   Filed 06/12/09   Page 3 of 5

22. The acts set forth herein by defendants, individually and/or collectively, caused injury, pain and suffering and the wrongful death of Carlotta Francisco, thereby entitling plaintiffs to recover, individually and on behalf of her estate, all such damages as may be awarded to her estate pursuant to AS 09.55.580 in addition to damages awardable at common law.

## COUNT III - VICARIOUS LIABILITY

23. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

24. Upon information and belief, all defendants are owned and operated in common. To the extent that defendant Rent-a-Wreck was negligent, Capital Rental Leasing, Capital Rental Leasing K&B, Inc. d/b/a Rent-a-Wreck, Capital Rental Leasing d/b/a Rent-a-Wreck, B&K Ventures, LLC, Craig M. Chitty and Konnie R. Chitty, as lessors, operators and owners of the premises, are directly or vicariously liable for the negligent conduct as a matter of law.

25. As a direct and proximate result of the negligent act and/or acts as above alleged, Carlotta Francisco endured pain and suffering, emotional distress, lost her chance of recovery, and ultimately died.

26. As a direct and proximate result of the negligent act and/or acts as above alleged, plaintiffs Nicholas Francisco, Julie Bodeau, April Sudol and Rebecca Francisco suffered emotional distress and the loss of consortium of their mother.

## COUNT IV- NIED

27. Plaintiffs reallege all previous paragraphs as if fully set forth herein.

COMPLAINT
Estate of Carlotta Francisco v Capital Rental Leasing; Case No.: 1JU-09-____ CI
4079.01/Complaint

Page 4 of 5

Exhibit 1
Page 4 of 5

Case 1:09-cv-00012-JWS   Document 1-2   Filed 06/12/09   Page 4 of 5

28. Defendants' negligence as above alleged, resulted in severe and permanent injury to Carlotta Francisco, during which Carlotta's condition continued to deteriorate, ultimately leading to her death.

29. Due to defendants' negligent conduct, plaintiff Julie Bodeau, who was present at the time of the accident, and plaintiffs Nicholas Francisco, April Sudol and Rebecca Francisco were forced to watch their mother deteriorate in their presence.

30. As a direct and proximate result of the defendants' negligence, plaintiffs Nicholas Francisco, Julie Bodeau, April Sudol and Rebecca Francisco suffered severe emotional distress.

WHEREFORE, plaintiffs pray for relief as follows:

1. For compensatory damages, in excess of $100,000.00, the exact amount to be proven at trial, including, but not limited to, compensation for the wrongful death of Carlotta Francisco, for the pain and suffering and emotional distress expressed by Carlotta Francisco prior to her death, for economic losses to the estate of Carlotta Francisco, for emotional distress and loss of consortium to plaintiffs Nicholas Francisco, Julie Bodeau, April Sudol and Rebecca Francisco;

2. For costs, attorney fees and pre-judgment interest; and

3. For such other and further relief as the court deems just and proper.

DATED this 6 day of May, 2009.

DILLON & FINDLEY, P.C.

THIS CASE FORMALLY ASSIGNED TO
JUDGE PATRICIA COLLINS
BY ORDER OF THE PRESIDING JUDGE

By: _____
Paul L. Dillon
AK Bar No. 8006014

COMPLAINT
*Estate of Carlotta Francisco v Capital Rental Leasing*; Case No.: 1JU-09-598 CI
4079.01/Complaint

Page 5 of 5

**Exhibit 1**
**Page 5 of 5**